UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDY DELISE**                                                                 **CIVIL ACTION**

**VERSUS**                                                                             **NO: 06-9506**

**SCOTTSDALE INSURANCE CO., ET AL.**                        **SECTION: "K"(5)**

## ORDER

Before the Court is the Motion to Remand (Rec.Doc.No. 5) of Plaintiff Randy Delise, wherein he contends that the requirements for the exercise of subject matter jurisdiction under 28 U.S.C. § 1332 (diversity) are not met. The parties entered into a Joint Stipulation (Rec.Doc.No. 8) in which they agree that the amount in controversy does not exceed $75,000, as is required by 28 U.S.C. § 1332. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 5) is **GRANTED** and the case is hereby **REMANDED**.

New Orleans, Louisiana, on this __8th__ day of March, 2007.

                                             _____
                                             **STANWOOD R. DUVAL, JR.**
                                             **UNITED STATES DISTRICT COURT JUDGE**